ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 17 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

DEANTAY TURNER
MICHAEL AVERY
BOBBY KNIGHT
AALIYAH PARKS
TONY BROADNAX

Criminal Indictment

No. 1:22CR0092

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, and continuing to on or about March 17, 2022, in the Northern District of Georgia, the defendants,

DEANTAY TURNER
MICHAEL AVERY
BOBBY KNIGHT
AALIYAH PARKS and
TONY BROADNAX

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute controlled substances, said conspiracy involving:

- at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), as to TURNER and KNIGHT;

- at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), as to TURNER, KNIGHT, and PARKS;

- at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), pursuant to Title 21, United States Code, Section 841 (b)(1)(A), as to TURNER and AVERY;

- at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), as to BROADNAX; and

- at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841 (b)(1)(B), as to TURNER and AVERY;

all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about September 24, 2021, in the Northern District of Georgia, the defendant,

DEANTAY TURNER

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about October 10, 2021, in the Northern District of Georgia, and elsewhere, the defendants,

DEANTAY TURNER and<br>MICHAEL AVERY

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute controlled substances, said act involving:

- at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propenamide, pursuant to Title 21, United States Code, Section 841 (b)(1)(A); and

- at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841 (b)(1)(B);

3

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Four

On or about November 10, 2021, in the Northern District of Georgia, the defendant,

DEANTAY TURNER

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Five

On or about November 10, 2021, in the Northern District of Georgia, the defendant,

DEANTAY TURNER

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is to possess with the intent to distribute a controlled substance as described in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Count Six

On or about November 10, 2021, in the Northern District of Georgia, the defendant,

## DEANTAY TURNER

knowing he had previously been convicted of at least one of the following felony offenses:

- False imprisonment in or about 2009 in the Superior Court of Dekalb County, Georgia; and
- Entering automobile in or about 2010 in the Superior Court of Rochdale County, Georgia;

each of which was a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms in and affecting interstate and foreign commerce, that is, one Sig Sauer pistol, and one Diamond Back Arms AR-15 semi-automatic rifle, all in violation of Title 18, United States Code, Section 922(g)(1).

## Prior Conviction Notice

Before the defendant, MICHAEL AVERY, committed the offense charged in Count One of this Indictment, MICHAEL AVERY was convicted of riot in a prison, a serious violent felony, for which he served more than 12 months of imprisonment.

## Forfeiture

Upon conviction of any of the offenses alleged in Counts One, Two, Three, and Four of this Indictment, the defendants, DEANTAY TURNER, MICHAEL AVERY,

BOBBY KNIGHT, AALIYAH PARKS, and TONY BROADNAX, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses for which the defendants are convicted.

(b) CURRENCY

- $127,000 in United States currency seized on July 21, 2021
- $2,439 in United States currency seized on November 10, 2021

(c) VEHICLES:

- 2005 Ford F-250 Diesel, VIN 1FTSW20P45EA30371
- 2010 Kia Forte Koup, VIN KNAFW6A38A5287738

(d) FIREARMS:

- Sig Sauer P365 9mm semi-automatic pistol, serial number 66A327016
- Diamond Back Arms AR-15 5.56 mm NATO semi-automatic rifle, serial number DB2121116
- Any associated magazines and ammunition.

Upon conviction of the offense alleged in Counts Five and Six of this Indictment, the defendant, DEANTAY TURNER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code,

Section 2461(c), any and all firearms and ammunition involved in the offense, including but not limited to the following:

(1) Sig Sauer P365 9mm semi-automatic pistol, serial number 66A327016

(2) Diamond Back Arms AR-15 5.56 mm NATO semi-automatic rifle, serial number DB2121116

(3) Any associated magazines and ammunition.

**[CONTINUED ON NEXT PAGE]**

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___True___ BILL

_Delbrow T. Brunson_
FOREPERSON

KURT R. ERSKINE
*United States Attorney*

*C. Brecht*

C. BROCK BROCKINGTON
*Assistant United States Attorney*
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Office:  (404) 581-6000
Fax:     (404) 581-6181
Georgia Bar No. 775084

8